# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| PAMELA S. ALICNA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 3:07-cv-592-H |
| ) | |
| ALTEC INDUSTRIES, INC. ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff, Pamela S. Alicna, and defendant, Altec Industries, Inc., hereby stipulate that this action should be dismissed with prejudice, with each party to bear their own costs, including attorneys' fees.

Respectfully submitted this 11th day of September, 2008.

| | |
|---|---|
| */s/Andrew Dutkanych, III* | */s/ J. Tobias Dykes* |
| Andrew Dutkanych, III | J. Tobias Dykes (ASB-0483-E66J) |
| Biesecker & Dutkanych, LLC | E-mail: tdykes@constangy.com |
| 101 North Seventh Street | Direct Dial No.: (205) 226-5469 |
| Louisville, KY 40202 | CONSTANGY, BROOKS & SMITH, LLC |
| | Suite 900, One Federal Place |
| | 1819 Fifth Avenue North |
| | Birmingham, AL 35203 |
| | |
| | Philip J. Reverman, Jr. |
| | BOEHL STOPHER & GRAVES, LLP |
| | 2300 Aegon Center |
| | 400 West Market Street |
| | Louisville, Kentucky 40202 |

491073.1

_____ _____

491073.1